UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 2:12CR109-PPS |
| LAMAR D. JOHNSON, | ) ) ) | |
| Defendant. | ) | |

**OPINION AND ORDER**

In an opinion issued November 17, 2020, I denied Lamar Johnson's motion for a compassionate release from prison due to the COVID-19 pandemic. [DE 72.] Regrettably, Johnson became infected with the virus during the pendency of his motion. I denied his motion for a number of reasons: his release from prison could no longer protect him from infection; his release at that time posed risks of transmission to his family and the public outside the prison; Johnson appeared to be recovering from a relatively mild case; and he otherwise failed to demonstrate extraordinary and compelling reasons for an early discharge. [*Id.*]

Johnson has now filed a request for reconsideration of that decision. [DE 73.] In this motion, Johnson charges the prison authorities with negligence in containing the spread of the virus and in its treatment. [*Id.* at 1.] The issues of a national federal prison newsletter Johnson attaches as exhibits do not support this claim, and especially

do not support it with respect to Johnson's particular institution, FCI Pekin.  In any event, at this juncture such facts, even if true, would not support Johnson's early discharge, given his report of continuing symptoms limited to headache and shortness of breath that he manages by use of an inhaler provided to him by the prison.  [*Id*. at 2.]

The other principal argument Johnson makes in support of reconsideration is that he is at risk for a second rebound infection with COVID-19, which may prove more serious or even deadly.  Although the newsletters Johnson provides contain several references to such cases occurring in federal prisons, the Legal Information Services Associates, LLC newsletter is not necessarily a trustworthy source of medical information.  [DE 73 at 9, 14.] More importantly, even taking the reported information at face value, the information is anecdotal and limited.  Each of the three inmates identified in the reports may have died not from a second COVID infection, but either from the original infection which worsened after an erroneous designation of recovery or from other underlying conditions.  Even if the frightening reports of a second fatal infection with COVID-19 are entirely accurate, they involve 3 of the 124,538 federal inmates in BOP custody, and represent only .0024% of that population.[1]  These most unfortunate cases are so few in number that they do not provide extraordinary or compelling reasons to shorten Johnson's prison term.

---

[1] The inmate population statistic is taken from the Federal Bureau of Prisons website updated as of December 3, 2020 (https://www.bop.gov/about/statistics/population_statistics.jsp).

Johnson's motion for reconsideration will be denied. He is within a year of being released from his lengthy 11-year term of imprisonment. I wish him well in both his continued recovery from COVID-19 and his preparation for release. I read carefully Johnson's filings in support of his original motion for compassionate release. They display a depth of self-reflection that I hope will support him in genuine efforts to achieve a new, productive, and fulfilling life post-prison as a law-abiding citizen.

ACCORDINGLY:

Defendant Lamar D. Johnson's request for reconsideration of the denial of compassionate release based on COVID-19 [DE 73] is DENIED.

SO ORDERED.

ENTERED: December 9, 2020.

    /s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT